*931 495 U. S. 904;
*932 No. 89-1407.
No. 89-5855.
No. 89-6431.
No. 89-6500.
No. 89-6725.
No. 89-6745.
No. 89-6760.
No. 89-6770.
No. 89-6826.
No. 89-6828.
No. 89-6839.
No. 89-6844.
No. 89-6854.
No. 89-6894.
No. 89-6934.
No. 89-7001.
No. 89-7013.
495 U. S. 905;
493 U. S. 1047;
495 U. S. 911;
495 U. S. 920;
494 U. S. 1069;
494 U. S. 1090;
495 U. S. 906;
494 U. S. 1086;
495 U. S. 907;
495 U. S. 907;
495 U. S. 920;
495 U. S. 907;
495 U. S. 907;
495 U. S. 908;
495 U. S. 935;
495 U. S. 909; and
495 U. S. 937. Petitions for rehearing denied.